UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

- - - - - -

UNITED STATES OF AMERICA,

    Plaintiff,
                                                Case No. 2:24-CR-16
                                                Hon. ROBERT J. JONKER
                                                U.S. District Judge

    vs.

RUEMONDO JUAN MURRAY,
JENNIFER LYNN APRILL, and
DAMION ANTHONY SINCLAIR,                  <u>MOTION TO SEAL</u>

    Defendants.
_____/

    Now comes the United States of America by Andrew Byerly Birge, Acting United States Attorney for the Western District of Michigan, and Hanna L. Rutkowski, Assistant United States Attorney, and moves this court to seal the case so that the execution of the arrest warrant be unimpeded and the investigation continue; and that such sealing remain in force and operation until the defendant is advised of these proceedings, arrested, the investigation is completed, or further order of this court.

                                                  Respectfully submitted,

                                                  ANDREW BYERLY BIRGE
                                                  Acting United States Attorney

Dated: June 4, 2025                    <i>/s/ Hanna L. Rutkowski</i>
                                                  HANNA L. RUTKOWSKI
                                                  Assistant United States Attorney
                                                  1930 US 41 West
                                                  Huntington Bank, 2d Floor
                                                  Marquette, MI 49855
                                                  (906) 226-2500
                                                  hanna.rutkowski@usdoj.gov

IT IS SO ORDERED.

Dated:  June 4, 2025

/s/ Maarten Vermaat
MAARTEN VERMAAT
United States Magistrate Judge
United States District Court